IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEMEL TOME, | 1:07-cv-01552 AWI DLB (PC) |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The request for leave to proceed in forma pauperis included a copy of plaintiff's prison trust account statement, however, it was not certified. See 28 U.S.C. § 1915(a)(2).

Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

/ / / / /

-1-

Dockets.Justia.com

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days of
2 the date of service of this order, plaintiff shall submit a certified copy of his prison trust account
3 statement for the six month period immediately preceding the filing of the complaint, or in the
4 alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result
5 in a recommendation that this action be dismissed.

8    IT IS SO ORDERED.
9    Dated:   **October 30, 2007**                         **/s/ Dennis L. Beck**
                                                                                     UNITED STATES MAGISTRATE JUDGE

-2-